THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLEN MCCRACKEN, *et al.*, | CASE NO. C18-0452-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SAFECO INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable Judge John C. Coughenour, United States District Judge, hereby RECUSES himself from this case. The Court hereby DIRECTS the Clerk to TRANSFER this case to the Honorable Judge Sharon L. Gleason. All future filings in this case should reflect the case number as follows: C18-0452-SLG.

DATED this 10th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0452-JCC
PAGE - 1