# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WESTERN WASHINGTON

| | |
|---|---|
| ELLEN MCCRACKEN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-0452-SLG |

## SUPPLEMENT TO ORDER OF DISMISSAL WITH LEAVE TO AMEND

The Court has learned that its previous Order of Dismissal with Leave to Amend, filed on May 9, 2018 at Docket 10, was not served on Plaintiff Ellen McCracken. In light of this administrative oversight, IT IS ORDERED that the previous order be immediately served on Ms. McCracken by mail.

IT IS FURTHER ORDERED that the Order of Dismissal at Docket 10 is AMENDED as follows: The deadline to file an amended complaint that was set forth on page 6 of that order is VACATED and Ms. McCracken is instead accorded **21 days** from the date of this order to file an amended complaint or this matter will be dismissed without further notice. All other provisions of the Order at Docket 10 remain in full force and effect.

DATED this 18th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE