**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WESTERN WASHINGTON**

ELLEN MCCRACKEN, *et al.*,

                 Plaintiffs,

  vs.

SAFECO INSURANCE COMPANY, *et al.*,

                 Defendants.

Case No. 2:18-cv-0452-SLG

**ORDER**

Self-represented litigant Ellen McCracken has sent numerous documents to the undersigned judge's proposed orders box. The transmittal of proposed orders to the judge's proposed orders email address does **NOT** and has not constituted the filing of the document with the Court. All documents must be filed in the United States District Court for the District of Western Washington. Emailing a **copy** of a proposed order to the mailbox was intended solely to be a convenience for the Court in preparing appropriate orders. However, Ms. McCracken's emails of proposed orders are not of assistance to the Court. The Court will be drafting its own proposed orders in this case. Therefore, that portion of the Court's prior order allowing Ms. McCracken to email a **copy** of a proposed order to the proposed orders email address is **VACATED AND RESCINDED**.[1] The Court has taken no action with regard to Ms. McCracken's emails other than to delete them. Any future emails will also be deleted upon receipt.

---

[1] *See* Order of Dismissal With Leave to Amend at Docket 10, n. 12.

The Court has recently reviewed the docket in this case and notes that Ms. McCracken has not made any filings with the Court since her initial filings. No motions are pending.

Ms. McCracken's case was filed under seal because she identified the case as a *qui tam* False Claims Act proceeding. Because the case was filed under seal, the federal court will not accept documents filed electronically; all documentation must be filed in paper format, either via U.S. Mail or hand delivery, to an appropriate federal courthouse for the United States District Court for the District of Western Washington.

DATED this 8th day of June, 2018.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE